UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br>Plaintiff,<br>v.<br>HEADQUATERS SMOKE, ET AL.,<br>Defendants, | No. 2:23-cv-01951-WLH-AYP<br><br>**NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff GS Holistic, L.L.C., Inc. and Defendants Headquarters Smoke d/b/a Headquarters Smoke and Duana Smith, (collectively, the "Defendants") hereby dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: June 1, 2026

FOR PLAINTIFF

By: /s/ Tomas Carlos Leon

Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law

Attorney for the Plaintiff

FOR DEFENDANT

/s/ Steven M. Gluck

Steven M Gluck
Law Offices of Steven M Gluck
1313 Post Avenue
Torrance, CA 90501
t: 818-267-4718
f: 818-302-2285
sgluck@juno.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**



LEON LAW, LLP

I HEREBY CERTIFY that on June 1, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

/s/ *Tomas Carlos Leon.*
Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
*Attorney for the Plaintiff*

LEON LAW, LLP